IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br><br>$979,128.63 in funds in Wells Fargo Account 0809, such account held in the name of North Carolina Growth and Prosperity Alliance Inc.; and<br><br>$475,629.82 in funds in Wells Fargo Account 0817, such account held in the name of North Carolina Growth and Prosperity Committee Inc. | CASE NO. 3:19mj102<br><br>MOTION TO SEAL |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who requests that this Court order the Seizure Warrant Applications, Affidavit and attached Indictment, this Motion, and any order issued pursuant to this Motion sealed immediately in order to protect the secrecy of the on-going nature of the investigation in this matter, and that same remain sealed until further order of this Court.

Respectfully submitted, this, the 25 day of March, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/Benjamin Bain-Creed
Florida Bar # 21436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: benjamin.bain-creed@usdoj.gov