FILED
CHARLOTTE, NC

MAR 2 5 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF | CASE NO. 3:19mJ102 |
| $979,128.63 in funds in Wells Fargo Account 0809, such account held in the name of North Carolina Growth and Prosperity Alliance Inc.; and | |
| $475,629.82 in funds in Wells Fargo Account 0817, such account held in the name of North Carolina Growth and Prosperity Committee Inc. | **ORDER TO SEAL** |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Seizure Warrant Applications, Affidavit and attached Indictment, the Government's Motion, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Seizure Warrant Applications, Affidavit and attached Indictment, the Government's Motion, and this Order shall be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 25 day of March, 2019.

_____
HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE